# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MAJOR,<br><br>        Petitioner,<br><br>  v.<br><br>SAN DIEGO,<br><br>        Respondent. | Civil No. 14cv1008-LAB (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

  Petitioner, a state prisoner proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner, who was convicted in the Los Angeles County Superior Court and is currently incarcerated in Los Angeles County, alleges that his speedy trial rights were violated. (See Pet. at 1-3.)

  A petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here attacks a conviction suffered in the Los Angeles County Superior Court. (Pet. at 1-2.) That court is located within the jurisdictional boundaries of the United States District Court for the Central District of California, Western Division. See 28 U.S.C. § 84(c)(2). Petitioner is presently confined in Castaic, California, in Los Angeles County, which is also within the jurisdictional boundaries of the United States District Court for the Central District of California, Western Division. Id.

1  Thus, jurisdiction over the Petition lies in the Central District of California, Western Division,
2  and not in this Court.
3     Accordingly, the Petition is **DISMISSED** without prejudice to Petitioner to present his
4  claims in the Central District of California, Western Division.
5     **IT IS SO ORDERED.**

7  DATED:  April 23, 2014

*[signature]*

HONORABLE LARRY ALAN BURNS
United States District Judge